## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**BRUCE SCUDDER,**

    **Plaintiff,**

                                          CASE NO.: 3:21-cv-741-TJC-JBT

**vs.**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC, RESURGENT CAPITAL**
**SERVICES L.P. SOFI LENDING CORP.,**
**LVNV FUNDING, LLC, FINANCIAL RECOVERY**
**SERVICES OF MINNESOTA, INC.**

    **Defendants.**
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

COME NOW, Plaintiff, BRUCE SCUDDER, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through their undersigned counsel, and would represent to the Court that this action has been resolved between these two parties, and would request entry of an Order dismissing this matter with Prejudice as to Defendant, Experian Information Solutions, Inc., with each party to bear their own costs and attorneys' fees.

Dated this 14th day of April 2023.


*/s/ Austin J. Griffin, Esq.*                    */s/ Sarah E. Morgado*
Max Story, Esquire                                Sarah E. Morgado

| | |
|---|---|
| Florida Bar No.: 527238<br>Austin J. Griffin<br>Florida Bar. No.: 117740<br>Max Story, PA<br>328 2nd Avenue North, Suite 100<br>Jacksonville Beach, FL  32250<br>Telephone: (904) 372-4109<br>max@storylawgroup.com<br>austin@storylawgroup.com<br>*Attorney for Plaintiff* | Fla. Bar No. 1026053<br>Email: smorgado@jonesday.com<br>JONES DAY<br>600 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Telephone: (305) 714-9700<br>Facsimile: (305) 713-9799<br>*Attorney for Defendant Experian Information Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **April 14, 2023** via the Clerk of Court's CM/ECF system which will provide electronic notice to all counsel of record.

/s/ Austin J. Griffin, Esq.
Max Story, Esquire
Florida Bar No.: 527238
Austin J. Griffin
Florida Bar. No.: 117740
Max Story, PA
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone: (904) 372-4109
max@storylawgroup.com
austin@storylawgroup.com
*Attorney for Plaintiff*