# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRUCE SCUDDER,

    Plaintiff,

v.

Case No. 3:21-cv-741-TJC-JBT

SOFI LENDING CORP, LVNV FUNDING, LLC, and RESURGENT CAPITAL SERVICES L.P.,

    Defendants.

## O R D E R

This Order follows the June 3, 2024, pretrial conference.

The rulings on the motions in limine, Docs. 115–17, were stated on the record at the conference. The parties may contact the court reporter for copies of the transcript.

No later than **June 5, 2024,** at **12:00 p.m.**, Plaintiff must provide Defendants with the name and contact information of the Jacksonville Sheriff's Office representative he intends to call as a witness.

No later than **June 5, 2024,** at **5:00 p.m.**, Defendant SoFi Lending Corporation may submit briefing concerning the post-discovery debt reporting issue. Plaintiff may respond no later than **June 7, 2024,** at **5:00 p.m.**

Jury selection will commence on **June 11, 2024,** at **10:00 a.m.** in Courtroom 5B before United States Magistrate Judge Patricia D. Barksdale, who has agreed to conduct the jury selection with the parties' consent. Judge Barksdale will decide the request for attorney-conducted voir dire, Doc. 144. Opening statements and trial will commence in Courtroom 10D directly after jury selection.

**DONE AND ORDERED** in Jacksonville, Florida, the 4th day of June, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record