**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **BRUCE SCUDDER** | **CASE NO. 3:21-cv-741-TJC-JBT** |
| **v.** | |
| **SOFI LENDING CORP, et al.** | |

| | |
|---|---|
| **Counsel for Plaintiff:** | **Counsel for Defendants:** |
| **Duran L. Keller, Esq.** | **Jenny Nicole Perkins, Esq.** |
| **Scott Craig Borison, Esq.** | **John Michael Marees, II, Esq.** |
| | **Lauren M. Burnette, Esq.** |
| | **Mitchell Lee Turbenson, Esq.** |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy: Timothy Luksha**
**Court Reporter: Shannon Bishop**

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL: Day 4**

**Plaintiff's Witnesses:**      Bruce Scudder, Stephen Donaway

**Plaintiff's Exhibits:**      52, 55

**Defendants' Exhibits:**      2, 49, 52, 65, 106, 107, 132, 181, 183

**Court's Exhibits:**      4, 5, 6

Jury released, due to report back at 8:45 a.m. on **June 17, 2024.**

Discussion regarding outstanding evidentiary issues.

Charge conference.

DATE: June 14, 2024
TIME: 9:07 a.m. – 6:12 p.m.

(Recess 12:37 p.m. – 1:37 p.m.)
TOTAL: 8 hours 5 minutes