UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRUCE SCUDDER,

    Plaintiff,

v.

                                        Case No. 3:21-cv-741-TJC-JBT

SOFI LENDING CORP, LVNV
FUNDING, LLC, and RESURGENT
CAPITAL SERVICES L.P.,

    Defendants.

---

# **VERDICT**

We, the Jury, return the following verdict:

## **Fair Credit Reporting Act**

### **SoFi Lending Corporation**

    1.    Did Bruce Scudder prove by a preponderance of the evidence that SoFi Lending Corporation violated the Fair Credit Reporting Act?

              YES __X__   NO ____

If your answer to question 1 is "no," your verdict is for SoFi Lending Corporation. Skip questions 2 to 4 and proceed to question 5.

    2.    Do you find that SoFi Lending Corporation's violation of the Fair Credit Reporting Act was negligent or willful?

              NEGLIGENT __X__   WILLFUL ____

    3.    Did Bruce Scudder prove by a preponderance of the evidence that SoFi Lending Corporation's violation of the Fair Credit Reporting Act caused him actual damages?

YES _X_ NO ___

If your answer to question 3 is "yes," award actual damages here. If you find that SoFi Lending Corporation proved by a preponderance of the evidence that Bruce Scudder failed to mitigate his damages, reduce the award by the amount he failed to mitigate.

$ 30,000

If you find that SoFi Lending Corporation's violation of the Fair Credit Reporting Act was <u>negligent</u>, skip question 4.

    4.    Do you find that Bruce Scudder is entitled to punitive damages for SoFi Lending Corporation's violation of the Fair Credit Reporting Act?

YES ___ NO _X_

If your answer to question 4 is "yes," award the punitive damages that Bruce Scudder has proved he is entitled to by a preponderance of the evidence here:

$ _____

### LVNV Funding LLC

    5.    Did Bruce Scudder prove by a preponderance of the evidence that LVNV Funding LLC violated the Fair Credit Reporting Act?

YES _X_ NO ___

If your answer to question 5 is "no," your verdict is for LVNV Funding LLC. Skip questions 6 to 8 and proceed to question 9.

    6.    Do you find that LVNV Funding LLC's violation of the Fair Credit Reporting Act was negligent or willful?

NEGLIGENT _X_ WILLFUL ___

    7.    Did Bruce Scudder prove by a preponderance of the evidence that LVNV Funding LLC's violation of the Fair Credit Reporting Act caused him actual damages?

YES \_\_\_\_ NO _X_

If your answer to question 7 is "yes," award actual damages here. If you find that LVNV Funding LLC proved by a preponderance of the evidence that Bruce Scudder failed to mitigate his damages, reduce the award by the amount he failed to mitigate.

$_____

If you find that LVNV Funding LLC's violation of the Fair Credit Reporting Act was <u>negligent</u>, skip question 8.

    8. Do you find that Bruce Scudder is entitled to punitive damages for LVNV Funding LLC's violation of the Fair Credit Reporting Act?

YES \_\_\_\_ NO \_\_\_\_

If your answer to question 8 is "yes," award the punitive damages that Bruce Scudder has proved he is entitled to by a preponderance of the evidence here:

$_____

### <u>Resurgent Capital Services L.P.</u>

    9. Did Bruce Scudder prove by a preponderance of the evidence that Resurgent Capital Services L.P. violated the Fair Credit Reporting Act?

YES _X_ NO \_\_\_\_

If your answer to question 9 is "no," your verdict is for Resurgent Capital Services L.P. Skip questions 10 to 12 and proceed to question 13.

    10. Do you find that Resurgent Capital Services L.P.'s violation of the Fair Credit Reporting Act was negligent or willful?

NEGLIGENT _X_ WILLFUL \_\_\_\_

    11. Did Bruce Scudder prove by a preponderance of the evidence that Resurgent Capital Services L.P.'s violation of the Fair Credit Reporting Act caused him actual damages?

3

YES ____ NO _X_

If your answer to question 11 is "yes," award actual damages here. If you find that Resurgent Capital Services L.P. proved by a preponderance of the evidence that Bruce Scudder failed to mitigate his damages, reduce the award by the amount he failed to mitigate.

$_____

If you find that Resurgent Capital Services L.P.'s violation of the Fair Credit Reporting Act was <u>negligent</u>, skip question 12.

    12.    Do you find that Bruce Scudder is entitled to punitive damages for Resurgent Capital Services L.P.'s violation of the Fair Credit Reporting Act?

YES ____ NO ____

If your answer to question 12 is "yes," award the punitive damages that Bruce Scudder has proved he is entitled to by a preponderance of the evidence here:

$_____

## Fair Debt Collection Practices Act

### LVNV Funding LLC

    13.    Did Bruce Scudder prove by a preponderance of the evidence that LVNV Funding LLC violated the Fair Debt Collection Practices Act?

YES _X_ NO ____

If your answer to question 13 is "no," skip questions 14 and 15 and proceed to question 16.

    14.    Did LVNV Funding LLC prove by a preponderance of the evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

YES ____ NO _X_

If your answer to question 14 is "yes," skip question 15 and proceed to question 16.

    15.    Did Bruce Scudder prove by a preponderance of the evidence that LVNV Funding LLC's violation of the Fair Debt Collection Practices Act caused him actual damages?

        YES \_\_\_\_    NO **X**

If your answer to question 15 is "yes," what is the total amount of actual damages LVNV Funding LLC's violation of the Fair Debt Collection Practices Act caused Bruce Scudder?

$ _____

### Resurgent Capital Services L.P.

    16.    Did Bruce Scudder prove by a preponderance of the evidence that Resurgent Capital Services L.P. violated the Fair Debt Collection Practices Act?

        YES **X**    NO \_\_\_\_

If your answer to question 16 is "no," skip questions 17 and 18 and proceed to question 19.

    17.    Did Resurgent Capital Services L.P. prove by a preponderance of the evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

        YES \_\_\_\_    NO **X**

If your answer to question 17 is "yes," skip question 18 and proceed to question 19.

    18.    Did Bruce Scudder prove by a preponderance of the evidence that Resurgent Capital Services L.P.'s violation of the Fair Debt Collection Practices Act caused him actual damages?

        YES \_\_\_\_    NO **X**

If your answer to question 18 is "yes," what is the total amount of actual damages Resurgent Capital Services L.P.'s violation of the Fair Debt Collection Practices Act caused Bruce Scudder?

$ _____

# Florida Consumer Collection Practices Act

## LVNV Funding LLC

19. Did Bruce Scudder prove by a preponderance of the evidence that LVNV Funding LLC violated the Florida Consumer Collection Practices Act?

YES __X__ NO ____

If your answer to question 19 is "no," skip questions 20 to 22 and proceed to question 23.

20. Did LVNV Funding LLC prove by a preponderance of the evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

YES ____ NO __X__

If your answer to question 20 is "yes," skip questions 21 to 22 and proceed to question 23.

21. Did Bruce Scudder prove by a preponderance of the evidence that LVNV Funding LLC's violation of the Florida Consumer Collection Practices Act caused him actual damages?

YES ____ NO __X__

If your answer to question 21 is "yes," what is the total amount of actual damages LVNV Funding LLC's violation of the Florida Consumer Collection Practices Act caused Bruce Scudder?

$ _____

22. Do you find that Bruce Scudder is entitled to punitive damages for

6

LVNV Funding LLC's violation of the Florida Consumer Collection Practices Act?

YES __X__   NO ____

If your answer to question 22 is "yes," award the punitive damages that Bruce Scudder has proved he is entitled to by a preponderance of the evidence here:

$ __15,000__

### Resurgent Capital Services L.P.

23. Did Bruce Scudder prove by a preponderance of the evidence that Resurgent Capital Services L.P. violated the Florida Consumer Collection Practices Act?

YES __X__   NO ____

If your answer to question 23 is "no," skip questions 24 to 26.

24. Did Resurgent Capital Services L.P. prove by a preponderance of the evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

YES ____   NO __X__

If your answer to question 24 is "yes," skip questions 25 and 26.

25. Did Bruce Scudder prove by a preponderance of the evidence that Resurgent Capital Services L.P.'s violation of the Florida Consumer Collection Practices Act caused him actual damages?

YES ____   NO __X__

If your answer to question 25 is "yes," what is the total amount of actual damages Resurgent Capital Services L.P.'s violation of the Florida Consumer Collection Practices Act caused Bruce Scudder?

$ _____

7

26. Do you find that Bruce Scudder is entitled to punitive damages for Resurgent Capital Services L.P.'s violation of the Florida Consumer Collection Practices Act?

YES __X__  NO ____

If your answer to question 26 is "yes," award the punitive damages that Bruce Scudder has proved he is entitled to by a preponderance of the evidence here:

$ 15,000

*After you have completed all questions except any this form directed you to skip, the foreperson should sign and date this verdict form and notify the Court that you have reached a verdict.*

SO SAY WE ALL this  18th  day of June, 2024.



Foreperson